FILED

09/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0141

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0141

———————————

SAMANTHA VULLES, SHERI ESTENSON, et al.,

Plaintiffs and Appellants,

v.

THIES & TALLE MANAGEMENT, INC., THIES
& TALLE ENTERPRISES, INC., ALMANOR
INVESTORS LIMITED PARTNERSHIP and
JOHN DOES 1-4,

Defendants and Appellees.

O R D E R

———————————

Appellants have filed a motion for extension of time for filing their reply brief, stating the reply brief is currently due September 30, 2021, and requesting an extension until October 29, 2021. However, Appellants' assessment is incorrect under the Rules of Appellate Procedure, and their motion is untimely. Appellees filed their brief on August 30, 2021 and did not cross appeal any issue. Thus, pursuant to M. R. App. P. 13(1), Appellants' reply brief was due 14 days after service of Appellees' brief, or by September 13, 2021. Consequently, when the optional reply brief was not timely filed, the Clerk of Clerk's office forwarded the case to the Court, which has begun its processing of the case for consideration.

Though the motion is untimely, the Court would accept an untimely filed reply brief from Appellants, which the Clerk of Court will forward to the Court immediately upon filing. However, in the meantime, the Court will continue processing the case for consideration and decision.

IT IS SO ORDERED.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
September 24 2021